UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:25-CR-00315-01** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **CARLOS RODEZNO-PEREZ (01)** | **MAGISTRATE JUDGE CAROL B. WHITEHURST** |

## ORDER

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny, and orders it to do so. Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, or sanctions by the Court.

Signed at Lafayette, Louisiana on this 1st day of December, 2025.

DAVID J. AYO
UNITED STATES MAGISTRATE JUDGE